UNITED STATES DISTRICT COURT

IN THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DISTRICT

**LESA WERME,**

        Plaintiff,                                 Case No. 1:15-cv-00130

                                                   Hon. Janet T. Neff

-vs-

**MORTGAGE CENTER, LLC and DOES 1-10, inclusive,**

        Defendants.

_____

**JOINT NOTICE OF THE PARTIES**
**RE: STATUS OF SETTLEMENT DISCUSSIONS**
**AND REQUEST FOR ADDITIONAL TIME**

On May 1, 2015, the Court Ordered the parties to confer concerning reinstatement of Plaintiff's mortgage loan and resolution of the case as stated on the record, and to further file a Joint Notice not later than May 15, 2015 regarding the status of their discussions.  The parties, through counsel, submit the following Status Report of their actions to-date and request additional time to try and reach a resolution to the case:

Ms. Werme, Mr. Finegood, and Mr. Myers spent approximately 90 minutes following the May 1 hearing speaking in the Court's jury room.  The group discussed topics that included whether Ms. Werme wanted to reinstate her loan, and some background associated with her belief that there are defects that may impact the validity of her mortgage. No resolution was reached at the end of this discussion.

On Monday, May 4, 2015, Mr. Myers received a letter from Ms. Werme requesting that Defendant Servicer retract its Foreclosure Notice in all those media and places published by it,

1

and to similarly notify the various credit reporting agencies of the same, in order to properly correct the record. Ms. Werme's May 2nd letter also formally requested that she be provided certain information pertaining to her lender and mortgagee.

On Tuesday, May 12, 2015, counsel spoke by phone and Mr. Finegood explained what he believed to be the applicable regulations governing Defendant's attempt to foreclose Ms. Werme's home, and her concomitant right to a published retraction upon rescission of the Notice of Foreclosure Sale published by Defendant - as requested in Ms. Werme's May 2nd Letter requesting retraction; along with other related terms of settlement.  Later that evening, Mr. Finegood sent a formal demand letter recounting Plaintiff's proposed terms for resolution discussed earlier in the day.

Based on the content of Plaintiff's May 2nd Retraction Request, and Plaintiff's May 12th letter, and counsels' conversation of May 12, Plaintiff's proposed resolution of the case requires the parties to agree to more than just having Plaintiff tender payments that would bring her loan current.  Given such requests, Mortgage Center needs a brief extension of time to consider the proposal.

The parties therefore request an extension until May 29, 2015, to provide the Court with a supplemental Joint Notice that identifies whether settlement has occurred or failed, and that otherwise complies with the Court's May 1 Order.

Respectfully submitted:


  /s/Steven A. Finegood
Steven A. Finegood (P32157)
Attorney for Plaintiff
17515 W. Nine Mile, Ste 400
Southfield, MI 48075
248 875 4656
safinegood@gmail.com



 /s/Timothy B. Myers
Timothy B. Myers (P48152)
Attorney for Defendant
1650 W. Big Beaver Road
Troy, MI 48084
248 502 1362
tmyers@orlans.com